# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY A. DINELLA<br><br>Plaintiff,<br><br>v.<br><br>MSC Industrial Direct Co., Inc. (a New York Corporation doing business in California) and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 8:18-cv-00916-CJC (JEMx)<br><br>**ORDER RE DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A) OR (C)**<br><br>[Assigned for all purposes to The Honorable John E. McDermott, Court Room 640]<br><br>Complaint Filed: April 24, 2018 |

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Court hereby approves the Stipulation and Order regarding dismissal pursuant to Federal Rules of Civil Procedure 41 (A) or (C).

**IT IS SO ORDERED.**

Dated: 10/18/2019

_____
Honorable Cormac J. Carney
United States District Court Judge

34492447.1

34492447_1.docx

2
Case No. 8:18-cv-00916-CJC (JEMx)
ORDER RE DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A) OR (C)